**Theodora A. SYDNOR, Respondent,**

v.

**DIRECTOR OF REVENUE, Appellant.**

**No. WD 50390.**

Missouri Court of Appeals,
Western District.

Aug. 8, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 3, 1995.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Sp. Asst. Atty. Gen., Mo. Dept. of Revenue, Jefferson City, for appellant.

Karl L. Madden, Jr., Moberly, for respondent.

Before LAURA DENVIR STITH, P.J., and LOWENSTEIN and HANNA, JJ.

**ORDER**

PER CURIAM.

The Director of Revenue appeals the trial court's denial of Appellant's motion for relief from final judgment under Rule 74.06(b)(4). Judgment affirmed. Rule 84.16(b).